UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  CASE NO. 08 B 01105
CHAPTER 13

LAWRENCE EARL SMITH
RITA HAYWOOD SMITH  JUDGE JACQUELINE P COX

DEBTORS  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** WELLS FARGO BANK

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 1 | 2 | 6503 1ST ARRS | $7,728.29 | $7,728.29 | $7,728.29 |
| Total Amount Paid by Trustee | | | | | $7,728.29 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit    **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 08-01105-JPC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 15th day of September, 2014.

Debtor:
LAWRENCE EARL SMITH
RITA HAYWOOD SMITH
16723 BULGER AVE
HAZEL CREST, IL  60429

Attorney:
LEDFORD & WU
200 S MICHIGAN AVE #209
CHICAGO, IL  60604-2406
via Clerk's ECF noticing procedures

Mortgage Creditor:
WELLS FARGO BANK
% OCWEN LOAN SERVICING
PO BOX 24781
WEST PALM BEACH, FL  33416-4781

Mortgage Creditor:
AMERICAN HOME MORTGAGE
PO BOX 44042
ATTN BANKRUPTCY DEPT
JACKSONVILLE, FL  32231

Mortgage Creditor:
OPTION ONE MORTGAGE CORP
1270 NORTHLAND DR #200
MENDOTA HEIGHTS, MN  55120

Mortgage Creditor:
OPTION ONE MORTGAGE
% KLUEVER & PLATT
65 E WACKER PL #2300
CHICAGO, IL  60601

Mortgage Creditor:
AMERICAN HOME MTG
PO BOX 631730
IRVING, TX  75063

ELECTRONIC SERVICE - United States Trustee

Date:  September 15, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603