# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:

    Lawrence Earl Smith                          Case No. 08-01105

    Rita Haywood Smith                       Chapter 13

                                                            Judge: Jacqueline P. Cox

        Debtors

_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
David F. Pustilnik (ARDC#6300609)
Caleb J. Halberg (ARDC#6306089)
Kenneth A. VanNorwick (P61707)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No.: C14-10465

George Michael Vogl, IV
Law Offices of Ledford & Wu
200 S. Michigan Ave,
Suite 209
Chicago, IL 60604
(312) 294-4400

_____/

### RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

    NOW COMES Ocwen Loan Servicing, LLC as servicer for Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2005-3, Asset-Backed Certificates, Series 2005-3 and its principals, successors, heirs, and assigns (herein "Creditor"), by and through their attorney, Potestivo & Associates, P.C., and states the following as their response agreeing with the Trustee's Notice of Final Cure Payment that was filed on September 15, 2014:

1. The Debtors filed their bankruptcy petition on January 18, 2008.
2. The Trustee filed the Notice of Final Cure Payment pursuant to Rule 3002.1 on September 15, 2014.
3. Creditor agrees with the Notice of Final Cure Payment and Completion of Plan Payments.

Date:  September 22, 2014                    /s/ Caleb J. Halberg
                                                         Potestivo & Associates, P.C.
                                                         Caleb J. Halberg (ARDC#6306089)
                                                         223 W. Jackson Blvd., Suite 610
                                                         Chicago, Illinois 60606
                                                         Telephone: (312) 263-0003
                                                         Main Fax: (312) 263-0002
                                                         Cook County Firm ID #: 43932
                                                         DuPage County Firm ID #: 223623
                                                         Attorneys for Ocwen Loan Servicing, LLC
                                                         Our File No. C14-10465